IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THADDEUS VASKAS | : | NO. 12-128 |

ORDER

AND NOW, this 29th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant to suppress physical evidence and statements (Doc. #29) is DENIED; and

(2) the motion of defendant to suppress statements (Doc. #31) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.